EDWARD D. FERGUSON, APPELLANT, *v.* JACOB F. SPEITH, SURVIVING PARTNER OF THE FIRM OF SPEITH AND KRUG, RESPONDENT.

See opinion in the case of *Krueger* v. *Speith, ante,* page 482.

*Appeal from the Third Judicial District, Gallatin County.*

*R. P. Vivion,* for Appellant.

*E. W. Toole,* for Respondent.

DE WOLFE, J.—The facts and questions of law involved in this case being the same as those decided at the present term in the case of *Louis Krueger* against *Jacob F. Speith, as surviving partner of the firm of Speith and Krug, ante,* page 482, the same judgment and order will be entered in this cause as was made in that case.

Order reversed and cause remanded.

*Judgment reversed.*

McCONNELL, C. J., and BACH, J., concur.